| AO 10 Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2013 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Barksdale, Patricia D. | 2. Court or Organization United States District Court, Middle District of Florida | 3. Date of Report 09/15/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Full-time United States Magistrate Judge | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☑ Amended Report | 6. Reporting Period 01/01/2013 to 12/31/2013 |

**7. Chambers or Office Address**

Bryan Simpson United States Courthouse
300 North Hogan Street, Suite 5-311
Jacksonville, Florida 32202

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Board Member | The Sanctuary on 8th Street |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barksdale, Patricia D. | 09/15/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | Bedell, Dittmar, DeVault, Pillans & Coxe, Salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barksdale, Patricia D. | 09/15/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Jacksonville Chapter of the Federal Bar Association | Bar at Reception Immediately Following Investiture | $628.09 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Merrill Lynch Wealth Management | Credit Card | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Merrill Lynch Account | A | Interest | K | T | | | | | |
| 2. TD Bank HSA | D | Interest | J | T | | | | | |
| 3. 401K/Profit Sharing & Trust for the Employees of Bedell, Dittmar et al | E | Int./Div. | N | T | | | | | |
| 4. Florida Prepaid College Plan | F | Int./Div. | L | W | | | | | |
| 5. AMERICAN AMCAP FUND (AMPCX) EQUITY 100% | A | Dividend | J | T | | | | | |
| 6. AMERICAN WASHINGTON MUTUAL INVESTORS FD CL C (WSHCX) EQUITY 100% | A | Dividend | J | T | | | | | |
| 7. AMERICAN GROWTH FUND OF AMERICA CL C (GFACX) EQUITY 100% | D | Dividend | K | T | | | | | |
| 8. AMERICAN CAPITAL WLD GRW & INC CL C (CWGCX) EQUITY 100% | E | Dividend | L | T | | | | | |
| 9. BLACKROCK HIGH YIELD MUNCIPAL FUND C (MCYHX) FIXED INCOME 100% | A | Dividend | J | T | | | | | |
| 10. BLACKROCK EQUITY DIVIDEND FD C (MCDVX) EQUITY 100% | D | Dividend | K | T | | | | | |
| 11. BLACKROCK GLOBAL ALLOCATION FD INC A (MDLOX) FIXED INCOME 100% | D | Dividend | L | T | | | | | |
| 12. BLACKROCK EQUITY DIVIDENT FD A (MDDVX) 100% | D | Dividend | K | T | | | | | |
| 13. JPMORGAN LARGE CAP GROWTH FD CL C (OLGCX) EQUITY 100% | D | Dividend | K | T | | | | | |
| 14. PUTNAM CAPITAL SPECTRUM FUND CL C (PVSCX) EQUITY 100% | A | Dividend | J | T | | | | | |
| 15. NEXTGEN COLLEGE 529 PLAN ALLIANZGI AGE-BASED 12-14 YR C | A | Int./Div. | K | T | Buy | 10/04/13 | K | | |
| 16. NEXTGEN COLLEGE 529 PLAN BLKRK AGE-BASED 11 TO 13 YRS S | B | Int./Div. | | | Sold | 01/04/13 | J | B | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 17. NEXTGEN COLLEGE 529 PLAN BLKRK AGE-BASED 11 TO 13 YRS C | B | Int./Div. | | | Sold | 10/04/13 | K | C | |
| 18. NEXTGEN COLLEGE 529 PLAN MFS AGE-BASED 11 TO 13 YRS S | A | Int./Div. | J | T | Buy | 10/04/13 | J | | |
| 19. NEXTGEN COLLEGE 529 PLAN MFS AGE-BASED 11 TO 13 YRS C | B | Int./Div. | K | T | Buy | 10/04/13 | K | | |
| 20. NEXTGEN COLLEGE 529 PLAN ALLIANZGI AGE-BASED 9-11 YR C | A | Int./Div. | K | T | Buy | 10/04/13 | J | | |
| 21. AMERICAN CENTURY INFLATION ADJ BD INV CL (ACITX) FIXED INCOME 100% | A | Dividend | J | T | Buy | 10/09/13 | J | | |
| 22. BLACKROCK EQTY DIVIDEND FUND INSTL (MADVX) EQUITY 100% | A | Dividend | K | T | Buy | 10/09/13 | K | | |
| 23. CLEARBRIDGE SMALL CAP GROWTH FUND CL I (SBPYX) EQUITY 100% | A | Dividend | J | T | Buy | 10/09/13 | J | | |
| 24. COHEN & STEERS REALTY SHARES FUND CL N (CSRSX) EQUITY 100% | A | Dividend | J | T | Buy | 10/09/13 | J | | |
| 25. DREYFUS APPRECIATION FD (DGAGX) EQUITY 100% | A | Dividend | K | T | Buy | 10/09/13 | K | | |
| 26. JOHN HANCOCK CLASSIC VALUE FUND CL I (JCVIX) EQUITY 100% | A | Dividend | K | T | Buy | 10/09/13 | K | | |
| 27. LAZARD EMERGING MKTS EQUITY PTFL INSTEL CLASS (LZEMX) EQUITY 100% | A | Dividend | J | T | Buy | 10/09/13 | J | | |
| 28. MAINSTAY LARGE CAP GROWTH FUND CL I (MLAIX) EQUITY 100% | A | Dividend | K | T | Buy | 10/09/13 | K | | |
| 29. MFS EMERGING MARKETS DEBT FD CL I (MEDIX) FIXED INCOME 100% | A | Dividend | K | T | Buy | 10/09/13 | J | | |
| 30. MFS RESEARCH BOND FUND CL I (MRBIX) FIXED INCOME 100% | A | Dividend | K | T | Buy | 10/09/13 | J | | |
| 31. NEUBERGER BERMAN HIGH INCOME BOND FUND CL INST (NHILX) FIXED INC. 100% | A | Dividend | K | T | Buy | 10/09/13 | J | | |
| 32. OPPENHEIMER RISING DIVIDENDS FUND CL Y (OYRDX) EQUITY 100% | A | Dividend | K | T | Buy | 10/09/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barksdale, Patricia D. | 09/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 33. PRINCIPAL PREFERRED SECURITIES FUND CL P (PPSPX) FIXED INCOME 100% | A | Dividend | J | T | Buy | 10/09/13 | J | | |
| 34. TCW TOTAL RETURN BOND FD CL I (TGLMX) (FIXED INCOME 100%) | A | Dividend | J | T | Buy | 10/09/13 | J | | |
| 35. THE OAKMARK INTL FUND (OAKIX) EQUITY (100%) | A | Dividend | K | T | Buy | 10/09/13 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barksdale, Patricia D. | 09/15/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Patricia D. Barksdale**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544